Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA


**FILED**

JAN 3 0 2008

CLERK U.S. D      COURT
EST. DIST. OF         

**U.S.A. vs. ANA VILLALONGO**                    **Docket No. 03-00028-002 ERIE**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of ANA VILLALONGO, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 22nd day of March 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.
- The defendant shall pay to the United States a special assessment of $100.

<u>03-22-04</u>:     Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base; 54 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that a request was received from the United States Probation Office for the District of New Jersey. Upon her release from the Bureau of Prisons, Ms. Villalongo will be supervised by the United States Probation Office for the District of New Jersey, Camden, New Jersey. A letter dated January 15, 2008, was received from United States Probation Officer John L. Paccione. The letter requested that Ms. Villalongo's terms of supervised release be modified to include a condition for mental health counseling. According to the letter, Ms. Villalongo has been attending drug and alcohol and mental health counseling at the Luzerne Community Correction Center. She has advised that she would like to continue attending mental health counseling upon her release. As a result, the modification request has been made. Ms. Villalongo signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision (enclosed), in which the following modification of supervision was proposed: The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office. The term of supervised release is scheduled to commence on March 10, 2008.

U.S.A. vs. ANA VILLALONGO
Docket No. 03-00028-002 ERIE
Page 2


PRAYING THAT THE COURT WILL ORDER that the defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 _____ and ordered filed and made a part of the records in the above case.

Executed
on                          January 28, 2008

_____
David J. Conde
U.S. Probation Officer

_____
U.S. District Judge

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:       Erie, PA